NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANDREW SEARCY, JR.,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3033

---

Petition for review of the Merit Systems Protection Board in case no. AT0752110243-I-1.

---

**ANDREW SEARCY, JR.,**
*Petitioner,*

v.

**DEPARTMENT OF AGRICULTURE,**
*Respondent.*

---

2012-3054

---

Petition for review of the Merit Systems Protection Board in case no. AT4324100356-B-1

---

## ON MOTION

---

## O R D E R

The Department of Agriculture moves without opposition for a 14-day extension of time, until February 6, 2012, to file a response to Andrew Searcy, Jr.'s motions to consolidate and for declaratory judgment and injunctive relief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 0 2 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Andrew Searcy, Jr.
Calvin Morrow, Esq.
Dawn E. Goodman, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 2 2012

JAN HORBALY
CLERK